# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA A. GILMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-cv-2015-JEO |
| | ) |
| PALISADES COLLECTION, LLC., et al., | ) |
| | ) |
| Defendants. | ) |

## (AMENDED) SCHEDULING ORDER

This order is entered under FED. R. CIV. P. 16(b) based on the report of the planning meeting filed 1/22/08. This order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

   **1. Pleadings and Parties**: No causes of action, defenses, or parties may be added after 4/21/08.
   **2. Dispositive Motions**: All potentially dispositive motions must be filed by 10/6/08 and should be accompanied by a supporting brief.

   **3. Expert Testimony**: Unless modified by stipulation of the parties, the disclosures of expert witnesses--including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert--are due:

   From plaintiff(s): by 4/10/08.
   From defendant(s): by 5/27/08.

   **4. Discovery limitations and cutoff**:
   **Depositions**: Max. 10 by either party.
   **Interrogatories**: Max. 35 by any party directed to any other party.
   **Doc. Requests**: Max. 35 by any party directed to any other party.
   **Rule 36 Req.**: Max. 50 by any party directed to any other party.

   Unless modified by court order for good cause shown:

   **Initial Disclosure**:   Due 2/29/08. See Local Rule 26.1(a) and Fed. R. Civ. P.26(a).
   **Supplementation**:   Supplementation of disclosures and discovery under Fed. R. Civ. P. 26(e) due 8/1/08.
   **Deadline**:   All discovery must be commenced in time to be completed by 9/2/08.
   **5. Additional conference(s)**: After 1/2/09.

      **6.   Final lists**: Lists of trial witnesses, exhibits, and objections under Fed. R. Civ. P. 26(a)(3) must be served and filed:

| | |
|---|---|
| **Witnesses**: | 30 days before trial. |
| **Exhibits**: | 30 days before trial. |
| **Objections**: | within 14 days after receiving list. |

      **7.   Trial**: The parties shall be ready for trial to be scheduled on or after 2/2/09.

      **8.   Additional Orders**: The parties have agreed that any inadvertently produced material which any party claims as privileged or as trial preparation material, shall be promptly returned, sequestered or destroyed once a request for the same is made with a reasonable time after disclosure.

      **Marking of Exhibits**.  Each party that anticipates offering as substantive evidence as many as six (6) exhibits shall premark its exhibits in advance of trial, using exhibit labels and lists available from the Clerk of Court.  By the time of trial, a copy of the exhibit list shall be served and filed, with the exhibits being made available for inspection by opposing counsel; the presentation of evidence at trial will not ordinarily be interrupted for opposing counsel to examine a document that has been so marked and made available for inspection.

      **Medical Authorization.**  Counsel for all parties are hereby granted the right to inspect and copy all hospital and medical records relative to the medical care, treatment, and diagnosis, condition, and history of _____ together with the right to interview (in person or otherwise) all physicians, administrators and other personnel in connection therewith.  A copy of this Protective Order shall constitute sufficient authority for such inspection, copying, or interviewing.

      This Protective Order is intended to help the Parties and Third Parties comply with the requirements of HIPAA Privacy Rules, 42 C.F.R. § 163.512(e), as a qualified order under that regulation.  This Protective Order expressly authorizes the disclosure of Protected Health Information by the Parties and third parties to counsel for the Parties.  The Parties and counsel for the Parties may use and disclose such information for this proceeding only and are to return or destroy such information (including all copies made) at the end of this proceeding.

      **DONE** and **ORDERED** this the 23rd day of January, 2008.

*John E. Ott*
**JOHN E. OTT**
United States Magistrate Judge