FILED
 2008 Nov-10 PM 02:31
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. GILMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:07-cv-02015-JEO |
| | ) | |
| PALISADES COLLECTION, LLC; FIRST PREMIER BANK; and FIRST BANK AND TRUST, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The court having been advised by counsel that the above-styled cause has been settled, it is **ADJUDGED** that this cause is hereby **DISMISSED WITHOUT PREJUDICE** to the right of any party to reopen the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment. Each party to bear their own costs.

The court reserves jurisdiction for sixty (60) days for the filing of motions to enforce settlement. If such motion is filed within sixty (60) days, the court will retain jurisdiction thereafter to decide said motions. If settlement is not enforced, the action will be restored to the court's docket.

**DONE,** this the 10th day of November, 2008.

_____

**JOHN E. OTT**
United States Magistrate Judge